UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUHUA CHENG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, MERRICK GARLAND, and JOHN ALLEN,<br><br>　　　　　Defendants. | CASE NO. 24-cv-54<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO DISMISS |

The Court has reviewed the pleadings and the briefing and is otherwise fully advised. Therefore, it is hereby ORDERED that the Government's Unopposed Motion to Dismiss is GRANTED. Dkt. No. 9.

Dated this 10th day of April, 2024.

　　　　　　　　　　　　　　　　　　　Jamal N. Whitehead
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO DISMISS - 1